**Daniela Nanau (pro hac vice)**
dn@danielananau.com
LAW OFFICE OF DANIELA NANAU, P.C.
89-03 Rutledge Avenue
Glendale, New York 11385
T: (888) 404-4975

**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
1205 NW 25th Avenue
Portland, Oregon 97210
t: 503.922.2243
f: 844.714.6450

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

----**--------------------------------------------------------X**

**ANDREW CHOI,**

        **Plaintiff,**

-against-                                                                         Index No.17-cv-2064-MO

**REED INSTITUTE d/b/a REED COLLEGE,**
,
        **Defendant.**

**-----------------------------------------------------------X**

### RE-FILED AFFIRMATION OF DANIELA NANAU, ESQ. IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    1.    I am one of the attorneys representing Plaintiff Andrew Choi ("Plaintiff") in the above-captioned matter.

    2.    I make this Affirmation in opposition to Defendant Reed College's ("Defendant" or "Reed College") Motion for summary judgment. *See* Docket Nos. 62 and 63.

3. A true and correct copy of the document by Reed College with the Bates stamp Reed 983 is attached hereto as Ex. 1.

4. A true and correct copy of the document produced by Reed College with the Bates stamp Reed 999 is attached hereto as Ex. 2.

5. A true and correct copy of the document produced by Reed College with the Bates stamp Reed 3280 is attached hereto as Ex. 3.

6. A true and correct copy of part of a letter to the Tenure Committee from Professor Darius Rejali, produced by Reed College with the Bates stamp range Reed 3562-3571 is attached as the refiled Ex. 4.

7. A true and correct copy of the document produced by Reed College with the Bates stamp Reed 3346 is attached hereto as Ex. 5.

8. A true and correct copy of the document produced by Reed College with the Bates stamp Reed 975 is attached hereto as Ex. 6.

9. A true and correct copy of the document produced by Reed College with the Bates stamp Reed 2130-2131 is attached hereto as Ex. 7.

10. A true and correct copy of the document produced by Reed College with the Bates stamp Reed 1006 is attached hereto as Ex. 8.

11. A true and correct copy of the Montgomery letter, dated Sept. 10, 2015, is attached hereto as Ex. 9.

12. A true and correct copy of the Montgomery letter, dated October 1, 2017, is attached hereto as Ex. 10.

13.     A true and correct copy of a document produced by Reed College with the Bates stamp range 3333-3337, which contains a summary of Plaintiff's interactions with disability student services at Reed College, is attached hereto as Ex. 11.

Dated: October 24, 2018

                Respectfully submitted,

                LAW OFFICE OF DANIELA NANAU, P.C.

                _____
                DANIELA NANAU